## ALFORD v. STATE.
### No. 14754.

Court of Criminal Appeals of Texas.
Oct. 21. 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## HOLLAND v. STATE.
### No. 14756.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one. year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.

## PILGRIM v. STATE.
### No. 14763.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Wills & Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is carrying a pistol; the punishment, confinement in jail for 90 days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.